IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )  Mag. No. 85-0404-LPC |
| JUDY PERREIRA | ) |

UNITED STATES' REQUEST FOR ONE WEEK EXTENSION OF TIME
TO REPORT STATUS AND/OR
REQUEST LEAVE TO FILE DISMISSAL

Pursuant to this Court's conditional order of dismissal entered in this matter on February 8, 2005, the United States respectfully requests an additional week, up to March 14, 2005, within which to provide the Court a status report requesting the matter be kept open or, alternatively, a request for leave to dismiss the complaint pursuant to Fed.R.Crim.P. 48(a). As grounds therefore, the government states that after receiving this Court's conditional order of dismissal, the government requested information from the investigative agency involved in the matter. That information was provided today. It is anticipated that the government will be seeking leave to dismiss the complaint, but additional time is necessary to obtain supervisory review and approval of such a request.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *Sandra S. Bower*
SANDRA S. BOWER
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3184