UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>JUDY PERREIRA          ) | Mag. No. 85-0404-LPC |

DISMISSAL OF
OF THE COMPLAINT

Pursuant to Fed.R.Crim.P. 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the Complaint charging the defendant Judy Perreira with bank robbery. The government states that the dismissal is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  _____
JAMES B. FARMER
Chief, Criminal Division

STEPHEN P. HEYMANN
Deputy Chief, Criminal Division

SANDRA S. BOWER
Assistant U.S. Attorney

Leave to File Granted: _____
CHARLES B. SWARTWOOD
Chief United States Magistrate Judge
United States District Court